## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISH SOLAR GRIN, LLC,<br><br>                Plaintiff(s),<br>    vs.<br>GRINNELL RECYCLING, INC., GRINNELL CONCRETE PAVINGSTONES, INC., and GRINNELL ENTERPRISES, Inc.,<br><br>                Defendant(s). | Civil Action No. 14-cv-1155 (SRC)(CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court for a conference on December 10, 2015; and the Court having addressed the pending motions with the attorneys for both parties; and the counsel having agreed to arbitrate this matter; and for good cause having been shown;

      **IT IS** on this 10th day of December, 2015,

**ORDERED** that Plaintiff's motion for default judgment, ECF No. 5, be and hereby is administratively terminated without prejudice to refile at a later date; and it is further

**ORDERED** that Defendants' cross-motion to vacate default, ECF No. 10; be and hereby is administratively terminated without prejudice to refile at a later date; and it is further

**ORDERED** that this matter be and hereby is stayed through and including March 1, 2016 so that the parties may engage in binding arbitration; and it is further

**ORDERED** that all statutes of limitations shall be tolled during this stay of proceedings; and it is further

**ORDERED** that the Court will hold a teleconference, to be initiated by Plaintiff, on March 2, 2016 at 11:30 am.

                                                s/ Cathy L. Waldor
                                                **CATHY L. WALDOR**
                                                **UNITED STATES MAGISTRATE JUDGE**